IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-00126 (BNB)
(Consolidated Case No. 04-cv-01776)

GERALD J. THOMPSON,

    Plaintiff,

v.

HOME DEPOT U.S.A, INC., doing business as The Home Depot, a Delaware corporation,

    Defendant.

_____

Civil Action No. 04-D-1776 (BNB)

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

HOME DEPOT U.S.A. INC., doing business as The Home Depot, a Delaware corporation,

    Defendant.

_____

**ORDER TO SEAL**
_____

THIS MATTER is before the Court on Plaintiff Equal Employment Opportunity Commission's ("EEOC") Motion to File Under Seal the EEOC's Motion for Approval of EEOC's Recommended Final Class Distribution List, filed January 18, 2006 ("Motion"). Upon review of the Motion, the Court fines that the EEOC's Motion for Approval of

EEOC's Recommended Final Class Distribution contained confidential information that must be filed under seal pursuant to the Consent Order entered in this case on June 13, 2005.  Therefore, it is hereby

ORDERED that Plaintiff Equal Employment Opportunity Commission's ("EEOC") Motion to File Under Seal the EEOC's Motion for Approval of EEOC's Recommended Final Class Distribution List, filed January 18, 2006, is **GRANTED**.  It is

FURTHER ORDERED that the EEOC's Motion for Approval of EEOC's Recommended Final Class Distribution List (docket #65) be filed under seal.

Dated:  January 25, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge