IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-00126 (BNB)
(Consolidated Case No. 04-cv-01776)

GERALD J. THOMPSON,

    Plaintiff,

v.

HOME DEPOT U.S.A, INC., doing business as The Home Depot, a Delaware corporation,

    Defendant.

_____

Civil Action No. 04-D-1776 (BNB)

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

HOME DEPOT U.S.A. INC., doing business as The Home Depot, a Delaware corporation,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff Equal Employment Opportunity Commission's Motion to File Under Seal Claimant Responses to EEOC's Motion for Approval of EEOC's Recommended Final Class Distribution List, filed February 9, 2006, is **GRANTED.**

Dated: February 15, 2006

                              s/ Michelle M. Merz
                              Law Clerk to
                              Wiley Y. Daniel

U. S. District Judge